10591.   CARLISLE *v.* ILLINOIS CENTRAL RAILROAD COMPANY.

LUKE, J.   This case is controlled by the decision of the Supreme Court in the case of *DeBow* v. *Vicksburg & Shreveport Railroad Co.*, 148 *Ga.* 738 (98 S. E. 381), on the question of service of process upon the commercial agent of the Illinois Central Railroad Company, a non-resident railroad company with no line of railroad in the State of Georgia. Under the evidence the court did not err in directing a verdict in favor of the defendant, on the traverse of service.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED JULY 17, 1919.

Action for damages; from Fulton superior court—Judge Pendleton.   March 5, 1919.

*Neufville & Neufville,* for plaintiff.

*Little, Powell, Smith & Goldstein,* for defendant.